**Order entered November 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00653-CV

**DEBORAH HUMPHREY, Appellant**

**V.**

**DAVID YANCEY AND NATIONWIDE SLATE, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07257**

## ORDER

We **GRANT** appellee Nationwide Slate's October 30, 2015 unopposed motion for extension to file brief and **ORDER** the brief be filed no later November 13, 2015.

/s/    CRAIG STODDART
           JUSTICE